NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0001112**
**02-JAN-2014**
**08:08 AM**

NO. CAAP-12-0001112

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BRAIGHANE LUIKA KALEO'NAHE PATRICIA MARS, Petitioner-Appellee, v.
DAVID EVIN BERRY, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 03-1-0247)

ORDER APPROVING THE DECEMBER 17, 2013
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice, filed December 17, 2013, and the record,
it appears that (1) the stipulation is dated and signed by
counsel for all parties; (2) the parties seek to dismiss the
appeal with prejudice, pursuant to Hawai'i Rules of Appellate
Procedure Rule (HRAP) 42(b), and agree to bear their own costs
and attorneys' fees on appeal; (3) the appeal has not been
docketed; and (4) dismissal is warranted under HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice.  The parties shall bear their own appellate costs and attorneys' fees.

DATED: Honolulu, Hawaiʻi,  January 2, 2014.

Presiding Judge

Associate Judge

Associate Judge